IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Cole, Sherri D | Case Number:  06 B 12986 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/1/08 | Filed:  10/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  March 28, 2008
Confirmed: November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,900.00 | |
| Secured: | | 4,826.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,714.71 |
| Trustee Fee: | | 359.28 |
| Other Funds: | | 0.00 |
| Totals: | 6,900.00 | 6,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,400.00 | 1,714.71 |
| 2. | Chicago Ave Credit Union | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 5,207.29 | 1,093.15 |
| 5. | Nissan Motor Credit Corp | Secured | 17,781.60 | 3,732.86 |
| 6. | National Capital Management | Unsecured | 284.41 | 0.00 |
| 7. | Chicago Ave Credit Union | Unsecured | 1,363.86 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 158.43 | 0.00 |
| 9. | Nissan Motor Acceptance Corporation | Unsecured | 12.07 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 100.16 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 161.58 | 0.00 |
| 12. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 13. | Cingular Wireless | Unsecured | | No Claim Filed |
| 14. | Great Lakes Bank NA | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | US Cellular | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Michelle Cole | Unsecured | | No Claim Filed |
| 19. | Newport News | Unsecured | | No Claim Filed |
| | | | $ 27,469.40 | $ 6,540.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 106.56 |
| 5.4% | 252.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cole, Sherri D | Case Number:  06 B 12986 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/1/08 | Filed:  10/11/06 |

$$\text{_____}$$
$ 359.28

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*